72 P.3d 546

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**April 22, 2003**

| 24820 | Eisermann v. State | Affirmed |

**April 25, 2003**

| 24227, 24261 | State v. Akahi; State v. Kaahanui | Affirmed |

**June 20, 2003**

| 24686 | Bank of New York v. Toshihiko | Affirmed |
| 24426 | Doe, In re | Affirmed |

**July 18, 2003**

| 24416 | State v. Martin | Affirmed |